IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERRY BOREN, | |
| Plaintiff, | Case No. 1:09-CV-646-REB |
| v. | **JUDGMENT** |
| ACLU of IDAHO, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order (Docket No. 8) filed July 28, 2010, dismissing this matter, and in keeping with Federal Rule of Civil Procedure 58,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered against Plaintiff, and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **July 28, 2010**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**Judgment - 1**